

# TARRANT COUNTY

**THOMAS A. WILDER**
DISTRICT CLERK

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

11/18/2015 9:50:05 AM

DEBRA SPISAK
Clerk

## MEMORANDUM

TO: Kent Moore
Deputy Clerk, 2nd Court Of Appeals

FROM: Sandy Carter
Deputy Clerk, District Clerk

SUBJECT: Cost of Clerk's Record

096-280020-15
02-15-00336-CV'

Camden Holdings Of NC, LLC ET AL

VS

Ricca Chemical Company, LLC , ET AL

DATE: 11/18/2015

An Appeal on the above cause number was due in your office Monday, November 09, 2015.
As of today's date, I have not received the payment for the clerk's record.

If I can be of further assistance, please call me at 817-884-1593.

Sandy Carter – srcarter@tarrantcounty.com